# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Howard M. Saal<br><br>*Defendant(s)* | )<br>)<br>) Case No. **1:25-mj-00648**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 16, 2025 and June 12, 2025** in the county of **Hamilton** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of Child Pornography |
| 18 U.S.C. §§ 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Douglas Todd*
Complainant's signature

Douglas S. Todd, Task Force Officer, FBI
Printed name and title

Sworn to before me and signed in my presence.
**via electronic means, specifically Facetime video.**

Date: **Aug 11, 2025**

*Stephanie K. Bowman*
Judge's signature

City and state: Cincinnati, Ohio

Honorable Stephanie K. Bowman, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Douglas Todd, a Task Force Officer with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

1. I am a Detective with the Hamilton County Sheriff's Office and have been assigned as a Task Force Officer with the Federal Bureau of Investigation (FBI) since 2019. I am currently assigned to investigate matters involving the online exploitation of children, particularly in relation to violations of Title 18, United States Code (U.S.C.) §§ 2252 and 2252A, which criminalize the possession, receipt, and transmission of child pornography. Prior to joining the FBI Task Force, I was a Hamilton County Sheriff Deputy in Ohio for 25 years. Since joining the FBI Task Force, I have received training and experience in these types of investigations. I have made arrests and have executed search warrants pertaining to these types of investigations.

2. During my career as a Detective and Task Force Officer, I have participated in various investigations involving computer-related offenses and executed numerous search warrants to include those involving searches and seizures of computers, computer equipment, software, and electronically stored information. I have received both formal and informal training in the detection and investigation of computer-related offenses. As part of my duties as a Task Force Officer, I investigate criminal violations relating to child exploitation and child pornography including the illegal distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2252(a) and 2252A.

3. As a Task Force Officer, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

## INTRODUCTION

4. I make this affidavit in support of an application for a criminal complaint and arrest warrant for Howard M. SAAL, for violations of Title 18, United States Code, §§ 2252A(a)(1) and

1

(a)(5)(B), transportation and possession of child pornography. The term "child pornography," as used in this affidavit, refers to the definition set forth in 18 U.S.C. § 2256(8)

5. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Howard M. SAAL has committed violations of Title 18, United States Code, §§ 2252A(a)(1) and (a)(5)(B).

## STATUTORY AUTHORITY

6. Title 18 United States Code § 2252A(a)(1), in relevant part, prohibits any person from knowingly transporting using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, any child pornography.

7. Title 18 United States Code § 2252A(a)(5)(B), in relevant part, prohibits any person from knowingly possessing any book, magazine, periodical, film, video tape, or other material that contains an image of child pornography that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## DETAILS OF THE INVESTIGATION

8. On February 16, 2025, Microsoft contacted the National Center For Missing & Exploited Children (NCMEC)[1] and submitted a Cybertip regarding potential child pornography. The Cybertip documented that on or around February 16, 2025, IP address 2600:2b00:7774:fe00:34a7:204f:8edb:1efd

---

1 The National Center for Missing & Exploited Children (NCMEC) is a private, non-profit 501(c)(3) organization created in 1984 by child advocates to serve as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further NCMEC's mission to reduce child sexual exploitation and prevent future victimization, NCMEC operates the CyberTipline. NCMEC makes information submitted to the CyberTipline by members of the public and Electronic Service Providers available to law enforcement and uses this information to identify online trends endangering children that can be addressed in child safety and prevention messaging.

(the "Subject IP Address") performed a "Bing Visual Search" 4 separate times by uploading an image containing apparent child pornography.

9. A Bing Visual Search is a feature within the Bing search engine that allows a user to upload an image in order to locate similar images. I know from previous investigations involving child pornography that persons involved in the possession and transportation of child pornography often use this feature to locate similar images, hoping to find a series the image belongs to. In this case, Bing Visual search was utilized 4 times in this investigation from the Subject IP Address on February 16, 2025 at approximate times of 17:44:00, 17:44:01, 17:44:12, and 17:44:13. Bing Visual Search only logs the uploading IP address, as users are not required to log in to Microsoft to use this feature.

10. NCMEC forwarded this Cybertip to the Cuyahoga County Prosecutors Office in Cleveland, Ohio due to the Subject IP Address being located in the state of Ohio. The Cuyahoga County Prosecutors Office is the Internet Crimes Against Children (ICAC)[2] is headquarters in the state of Ohio.

11. Ohio ICAC submitted a subpoena to Cincinnati Bell / Alta Fiber requesting subscriber information related to the Subject IP Address listed on the Cybertip. The results of that request indicated that the Subject IP Address was subscribed to Howard SAAL, with a residential service address in Cincinnati, Ohio, email address of sXXXXX@yahoo.com and cell phone XXX-XXX-0916.[3]

12. Ohio ICAC then transferred the Cybertip to the Hamilton County Sheriff's Office (OH) for further investigation due to the Subject IP Address indicating that the subscriber resided in Hamilton County, Ohio.

13. Law enforcement reviewed the Cybertip image that was uploaded on February 16, 2025 from the Subject IP Address and observed a file containing apparent child pornography. Specifically, the

---

[2] The ICAC program is a national network of 61 coordinated task forces representing more than 5,400 federal, state, and local law enforcement and prosecutorial agencies to prevent Cybercrime against children. The purpose of ICAC task forces are to investigate distributors of child pornography on the Internet, whether delivered on-line or solicited on-line and distributed through other channels and to catch sexual predators who solicit victims on the Internet through chat rooms, forums and other methods.

[3] Cincinnati Bell/Alta Fiber provided the full service address, email address, and cell phone number in the subscriber records they produced. However, this information has been partially redacted so that this affidavit can be submitted without sealing.

image depicts two naked female children, approximately 10 years old, one performing oral sex on the other.

14. Law enforcement conducted inquires of law enforcement databases and open-source internet searches of the subscriber of the Subject IP Address, Howard SAAL. The results indicated that Howard SAAL is or was a geneticist and dysmorphologist at Cincinnati Children's Hospital located at 3333 Burnet Avenue, Cincinnati, Ohio. The results also revealed that Howard SAAL resides at the same service address in Cincinnati, Ohio that the Subject IP Address was subscribed to.

15. Law enforcement obtained a state search warrant (OH) through the Hamilton County Court of Common Pleas, signed by the honorable Melba D. Marsh on June 11, 2025 authorizing the search of SAAL's residence and SAAL's person.

16. Hamilton County Sheriff's Office executed the search warrant at SAAL's residence on June 12, 2025. Law enforcement seized approximately 29 items, including electronic devices and storage devices from the residence.

17. At the time of the search, law enforcement conducted a post-Miranda interview of Howard SAAL, who was present at his residence upon execution of the search warrant. SAAL was shown the image file referenced in the Cybertip. SAAL advised that he recognized the image but could not remember where he downloaded it from. SAAL was asked if he possessed any child sex abuse material (CSAM) on any of his electronic devices in which he responded, "I hope not". SAAL advised that he has viewed child pornography but removed it from his devices. SAAL advised that child pornography bothers him and that is why he looks at it. At this point of the interview, SAAL requested an attorney and the interview concluded.

18. Based on its preliminary review of the evidence seized from SAAL's residence, the Hamilton County Sheriff's Office referred the matter to FBI Cincinnati for a federal investigation of SAAL. All of the seized evidence was transferred to the FBI Cincinnati, and on June 27, 2025, the Honorable Karen L. Litkovitz, United States Magistrate Judge for the Southern District of Ohio granted

FBI's request for a federal search warrant authorizing FBI to search all electronic devices seized by the Hamilton County Sheriff's Office.

19. SAAL's electronic devices and electronic storage devices have been forensically imaged by FBI Cincinnati, and the review of these devices is still ongoing as of the date of this affidavit. So far, FBI Cincinnati has identified what appears to be over 153,000 CSAM images and 470 CSAM videos on SAAL's devices. Below are descriptions from three of the files located on these devices:

   a. Filename ending in 69631.jpg which appears to depict a 3-year-old naked female, with her ankles and wrists tied together, the child's anus, vagina and breasts exposed, and a man's hands on each side of side of her buttocks.

   b. Filename ending in b93c09.jpg which appears to depict a 1-year-old child performing oral sex on a penis of a newborn male.

   c. Filename titled "BDSMredmarks.jpg" which appears to depict a naked 1-year-old female standing with her arms and legs spread, mouth gag in her mouth, ankles and wrists tied to the floor/ceiling, and the child is covered in red marks/blotches as the title indicates.

## CONCLUSION

20. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that Howard M. SAAL, year of birth:1951, SSN: XXX-XX-1469, residing in Cincinnati, Ohio, transported child pornography on or about February 16, 2025, and possessed child pornography on or about June 12, 2025, all in the Southern District of Ohio and elsewhere, in violation of Title 18, United States Code, §§ 2252A(a)(1) and 2252(a)(5)(B), respectively.   Therefore, I respectfully request that the Court authorize a criminal complaint and arrest warrant for Howard M. SAAL.

*Douglas Todd*
_____
Douglas S. Todd
Task Force Officer
Federal Bureau of Investigation

Sworn and subscribed before me via FaceTime Video Conference this  11    day of August, 2025.

_____
HONORABLE STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE

6