AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.
Howard M. Saal

Case No. 1:25-mj-00648

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Howard M. Saal
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 2252A(a)(1) and (b)(1) (transportation of child pornography); and
18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) (possession of child pornography)

Date: Aug 11, 2025

*Stephanie K. Bowman*
Issuing officer's signature

City and state: Cincinnati, Ohio

Honorable Stephanie K. Bowman, U.S. Magistrate Judge
Printed name and title

---

### Return

This warrant was received on *(date)* 8-12-25, and the person was arrested on *(date)* 8-12-25
at *(city and state)* US Marshall's office

Date: 8-12-25

Arresting officer's signature

Doug Todd - TFO
Printed name and title