IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 1:25-mj-00648-SKB |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Karen L. Litkovitz |
| | : | |
| HOWARD SAAL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**UNOPPOSED MOTION TO MODIFY BOND CONDITIONS**

Now Comes, the accused, Dr. Howard Saal, through counsel, and hereby requests two modifications to his bond conditions.

<u>Request for Modification for Review of Civil Discovery:</u>

Dr. Saal, along with Children's Hospital, has been sued by multiple parties for malpractice. His civil attorney has reached out to undersigned counsel for assistance for how best to accommodate Dr. Saal's review of civil discovery. Most relevant, there are voluminous medical records that Dr. Saal needs to review as part of the civil litigation. Due to the volume, it is not practical to print copies of the medical records for review. Pursuant to the bond conditions in this case, Dr. Saal does not have a computer for this review. As a potential solution, counsel agrees to provide a laptop without internet access and permit Dr. Saal to review the civil discovery material in an office at counsel's firm. If acceptable to this Court, this potential solution would not require Dr. Saal to have a computer at his house. All the review of the discovery could occur at undersigned counsel's office on a computer that has no internet access. The United States does not oppose this request.

<u>Request for Supervised Visitation of Dr. Saal's Grandson:</u>

Dr. Saal was the primary caregiver for his grandson prior to the allegations in this case. His grandson, L.C., was in Dr. Saal's custody from the time he was 10 months old. Job and Family Services ("JFS") became involved with L.C. as the search warrant was being conducted in this case. Through family court, a Guardian Ad Litem ("GAL") was appointed. Thus, there is an open family court matter where L.C.'s interests are protected by both the JFS worker and the GAL.

There is no allegation that L.C. is the victim of any wrongdoing by Dr. Saal.

Dr. Saal is requesting a modification of the bond condition that does not permit contact with any minor. L.C. is fifteen years of age. Dr. Saal respectfully requests this Court permit a limited exception to the bond condition whereby Dr. Saal would be permitted supervised visitation with his grandson. The visitation would occur in a structured environment at the Family Nurturing Center (https://familynurture.org/). The visitation would be arranged and monitored through the family court. There would be someone from the Family Nurturing Center in the room with Dr. Saal and his grandson. All interactions and communications will be observed and documented. Further, the modification of the bond will not serve as the green light to schedule the visitation. If the bond were modified to allow for such visitation, the family court would still need to agree to facilitate and permit the visitation. The GAL, JFS worker, and the family court would all need to be onboard for the supervised visits to occur. The United States does not oppose the requested bond modification.

                Respectfully submitted,

                **/s/ Eric G. Eckes**
                Eric G. Eckes
                Pinales, Stachler, Young, & Burrell Co., LPA
                455 Delta Ave., Suite 105
                Cincinnati, Ohio 45226
                (513) 252-2723

(513) 252-2751
eeckes@pinalesstachler.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served via this Court's ECF system on January 7, 2026.

                                        **/s/ Eric G. Eckes**
                                        ERIC G. ECKES