IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 1:25-mj-00648-SKB |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Karen L. Litkovitz |
| | : | |
| HOWARD SAAL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

Upon Defendant's Motion to Modify Bond Conditions, it is hereby ORDERED:

The Defendant may review civil discovery at the office of Pinales Stachler on a computer provided by his counsel. The computer may not be able to access the internet.

In accordance with the practices of the Hamilton County Family Court, and only with approval of the Family Court in consultation with Job and Family Services and a Guardian Ad Litem, the Defendant may have supervised visits with his grandson, L.C.. This Court has been advised that the visits would be supervised at a facility commonly used by local family courts to facilitate such visits.

_____

Magistrate Judge Karen L. Litkovitz