**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**CINCINNATI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 1:25-mj-00648-SKB |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Karen L. Litkovitz |
| | : | |
| HOWARD SAAL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

---

## UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

---

Now Comes, the accused, Dr. Howard Saal, through counsel, and hereby requests one modification to his bond conditions.

<u>Request for Modification of Supervised Visitation of Dr. Saal's Grandson:</u>

This Court previously granted a motion modifying Dr. Saal's bond such that he could have supervised visitation with his grandson, L.C.. (doc. 15). As part of that order, this Court noted that it was made expressly aware that the supervised visits would take place "at a facility commonly used by local family courts to facilitate such visits." Recently, all parties in the family court matter have agreed that the supervised visits may be moved to Dr. Saal's home. All visits would remain supervised. This motion is filed to ensure that the bond conditions and the family court orders continue to be aligned.

Respectfully submitted,

**/s/ Eric G. Eckes**

Eric G. Eckes
Pinales, Stachler, Young, & Burrell Co., LPA
455 Delta Ave., Suite 105
Cincinnati, Ohio 45226
(513) 252-2723
(513) 252-2751
eeckes@pinalesstachler.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing has been served via this Court's ECF system on June 22, 2026.

**/s/ Eric G. Eckes**
ERIC G. ECKES