**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**CINCINNATI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 1:25-mj-00648-SKB |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HOWARD SAAL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

---

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

---

This matter is before the Court on Defendant's Motion to Modify Bond Conditions, which is unopposed by the United States. Upon review of this matter, the Court finds Defendant's motion well taken. Accordingly, Defendant's motion is GRANTED. Defendant's conditions of pretrial release as established by the Court on August 12, 2025 (doc. 5) and amended once before (doc. 15) are hereby AMENDED as follows:

In accordance with the practices of the Hamilton County Family Court, and only with approval of the Family Court in consultation with Job and Family Services and a Guardian Ad Litem, the Defendant 's supervised visits with his grandson, L.C., may occur at the defendant's home.

**SO ORDERED**.

_____

Judge