**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

HOWARD M. SAAL,

      Defendant.

Case No. 1:25-mj-00648
Bowman, M.J.

**ORDER**

This matter is before the Court on Defendant's Second Motion to Modify Bond Conditions (doc. 23), which is unopposed by both the United States and the Defendant's supervising Pretrial Services Officer. Upon review of this matter, the Court finds Defendant's motion well taken. Accordingly, Defendant's motion is **GRANTED**. The Defendant's conditions of pretrial release as established by the Court on August 12, 2025 (doc. 5) and as amended on January 22, 2026 (doc. 15) are hereby further **AMENDED** as follows:

(1) The Defendant shall have no contact with minors except for supervised visitations with minor grandson L.C.  More specifically, in accordance with the practices of the Hamilton County Family Court, and only with the approval of the Family Court in consultation with Job and Family Services and a Guardian Ad Litem, the Defendant's supervised visits with his grandson, L.C. may occur at the Defendant's home.

      **SO ORDERED**.

_____
Stephanie K. Bowman
United States Chief Magistrate Judge